**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **BETTY HILL, INDIVIDUALLY AND ON BEHALF ALL HEIRS-AT-LAW AND WRONGFUL DEATH BENEFICIARIES OF HARVEY HILL, DECEASED AND THE ESTATE OF HARVEY HILL** | **PLAINTIFFS** |
| **VERSUS** | **CIVIL ACTION NO.: 3:19-CV-127-DPJ-FKB** |
| **MADISON COUNTY,** *et al.* | **DEFENDANTS** |

## VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on the request of the Plaintiffs for voluntary dismissal of certain Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff requests dismissal of Dr. Johnny Bates, Alise White, LPN, and Coretta Carter-Strong, RN. The Court, being fully informed in the premises, finds that these Defendants shall be dismissed from this cause. IT IS HEREBY

ORDERED AND ADJUDGED that Dr. Johnny Bates, Alise White, LPN, and Coretta Carter-Strong, RN are dismissed from this cause, with each party responsible for his/her own costs and fees.

**SO ORDERED AND ADJUDGED** this the 14th day of October, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

Approved:

*s/Carlos E. Moore*
Attorney for Plaintiffs

*s/Lynda C. Carter*
Attorney for Dr. Johnny Bates,
Alisa White, Coretta Carter-Strong