IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BETTY HILL, INDIVIDUALLY, AND ON BEHALF
OF ALL HEIRS-AT-LAW AND WRONGFUL
DEATH BENEFICIARIES OF HARVEY HILL,
DECEASED AND THE ESTATE OF HARVEY HILL                    PLAINTIFFS

VS.                         CIVIL ACTION NO.: 3:19-cv-127-DPS-FKB

MADISON COUNTY, ET AL.                                     DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES**

THIS CAUSE having come before the Court this day on joint *ore tenus* of the plaintiffs, Betty Hill, Individually, and on behalf of All Heirs-At-Law and Wrongful Death Beneficiaries of Harvey Hill, Deceased and the Estate of Harvey Hill, and the defendants, for a dismissal with prejudice as to all parties named and/or identified in the Second Amended Complaint, and, it having been made known to the Court that the plaintiffs have agreed to dismiss with prejudice the above-styled and numbered cause of action in its entirety, the Court finds that said motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the above-styled and numbered cause in its entirety be, and it is hereby dismissed with prejudice as to all parties named and/or identified, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO BY:

| | |
|---|---|
| */s/ Carlos E. Moore*<br>Carlos E. Moore, Esq. (MSB #100685)<br>Jasmine Bogard, Esq. (MSB #105908)<br>*Attorneys for Plaintiffs* | */s/ Lynda C. Carter*<br>Lynda C. Carter, Esq. (MSB #99539)<br>*Attorney for Quality Correctional Health Care* |
| */s/ Michael J. Wolf*<br>Michael J. Wolf, Esq. (MSB #99406)<br>*Attorney for James Ingram* | */s/ Jamie F. Jacks*<br>Jamie F. Jacks, Esq. (MSB #101881)<br>*Attorney for James Bufford* |
| */s/ Rebecca B. Cowan*<br>Rebecca B. Cowan, Esq. (MSB #7735)<br>*Attorney for Madison County, MS and Sheriff Randall Tucker* | |